**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SUSAN SUAREZ; DELAILAH PEREZ; ANDRE
ROJAS,

                         Plaintiffs,

          -against-                                                25 **CIVIL** 919 (KMW)

                                                                   **JUDGMENT**

PARK LANE MANAGEMENT CORPORATION,
et al.,

                         Defendants.
------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated October 28, 2025, Plaintiffs' complaint, filed *in forma pauperis*

under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (iii). The

Court has declined, under the *Younger* doctrine, to intervene in Plaintiffs' Housing Court matter.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York

          January 28, 2026

                                                  **TAMMI M. HELLWIG**
                                                  _____
                                                        **Clerk of Court**

                                   **BY:**            *K. mango*
                                                  _____
                                                        **Deputy Clerk**